992

No. 10–8745. CLIFTON v. FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 10–8784. FAYIGA v. CASSAGNOL ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–8844. PERDOMA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8916. ESPARZA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8938. REYES v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–9308. GREENE v. SOISUVARN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–9313. HANDY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–9314. HENRY v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9319. BARNES v. IMS MANAGEMENT, LLC, AS AGENT FOR METROPOLITAN GARDENS DEVELOPERS, LLP. Ct. Civ. App. Ala. Certiorari denied.

No. 10–9330. CIHA v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 10–9336. TUCKER v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–9337. WATSON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–9338. THORNTON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–9341. QUATTROCCHI v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.